Case 2:08-mj-08461-PCL   Document 1   Filed 05/23/2008   Page 1 of 2



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8461

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jaime Louie CENTENO-Chavarria | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 22, 2008, within the Southern District of California, defendant Jaime Louie CENTENO-Chavarria did knowingly and intentionally import approximately 71.78 kilograms (157.92 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 23RD DAY OF MAY, 2008.

Peter C Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Jaime Louie CENTENO-Chavarria**

### STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On May 22, 2008, at approximately 0645 hours, Jaime Louie CENTENO-Chavarria entered the United States at the Calexico, California, East, Port of Entry. CENTENO was the driver and sole occupant of a 1985 Ford F-250 pickup.

At the primary lanes CENTENO gave the primary inspector, Customs and Border Protection Officer (CBPO) S. Baca a negative oral customs declaration. The primary inspector noticed new bolts on the fifth wheel hookup. The primary inspector walked the vehicle off the primary lanes to the vehicle secondary lot.

In the secondary lot, a canine alerted to the presence of a narcotic odor in CENTENO's vehicle. CBPO A. Garcia notified CBPO Baca of the alert.

A subsequent inspection of the vehicle revealed several packages inside specially built, non-factory compartment, in the bed of the pickup. One of the packages was probed by CBPO Baca and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The packages had a combined net weight of approximately 71.78 kilograms (157.92 pounds).

CENTENO was placed under arrest and advised of his Miranda Rights, which he acknowledged and waived. CENTENO admitted knowledge of the marijuana in the vehicle. CENTENO stated that he was to be paid $900.00 to smuggle the marijuana into the United States.